# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BOCA VIEW CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**EILEEN BREITKREUTZ, DGANIT SHEFET,** and **DAVID SHEFET,**
Appellees.

No. 4D20-1095

[October 7, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502017CA007482XXXXMB.

Lilliana M. Farinas-Sabogal and Robert I. Rubin of Becker & Poliakoff, P.A., Coral Gables, for appellant.

Andrew M. Schwartz, Christopher S. Salivar, and Heather F. Beale of Andrew M. Schwartz, P.A., Boca Raton, for appellees Dganit Shefet and David Shefet.

Daniel A. Miller of Slusher & Rosenblum, P.A., West Palm Beach, for appellee Eileen Breitkreutz.

PER CURIAM.

*Affirmed.*

LEVINE, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***